# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| ARCARE, INC., on behalf of itself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) PREMIER MEDICAL, INC. d/ba PREMIER ) MEDICAL LABORATORY SERVICES, ) ) Defendant. ) | Case No.: 6:21-cv-00589-JD<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Plaintiff ARcare, Inc., by and through counsel, hereby dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own attorney's fees and costs.

DATED: May 13, 2021

Respectfully submitted,

By:  */s/ Shane W. Rogers*
JOHNSON, SMITH, HIBBARD &
WILDMAN LAW FIRM, L.L.P.
Doug Smith, D.S.C. Bar #4212
dsmith@jshwlaw.com
Shane W. Rogers, D.S.C. Bar #7364
srogers@jshwlaw.com
220 North Church St., Suite 4 (29306)
P.O. Drawer 5587
Spartanburg, SC 29304-5587
Telephone: (864) 582-8121
Facsimile: (864) 585-5328

Randall K. Pulliam (to apply *pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

      */s/ Shane W. Rogers*
Shane W. Rogers, D.S.C. Bar #7364
srogers@jshwlaw.com